UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

RECEIVED
FEB 1 2 2024
U.S.C.A. 3rd. CIR

Case No. 23-2896

Case Name: Thomas Daman v. FirstEnergy Corp., et al

## REQUEST EXTENSION of TIME

Appellant, Thomas Daman, requests a short extension of time to complete his Brief as Ordered by this Court.
Appellant is continuing with doctoring for his back problem and his back is improving, but he can not sit for long periods of time.

He is the sole preparer for this required Brief.
With a short extension he would be able to meet the Courts requirement.

Appellant, Thomas Daman, respectfully requests this Appeals Court to grant a short extension of time as the Court finds proper.

Sincerely Submitted,

By _____Thomas Daman_____ Date: February 7, 2024

Thomas Daman   578 Jefferson Street, Rochester, PA 15074

## PROOF OF SERVICE

I, Thomas Daman, certify that on February 7, 2024, I mailed a copy of the forgoing via first class mail to the following parties at the address(es) listed below:

FirstEnergy Corp., et al
Atty. W. Eric Baisden, Benesch, Friedlander, Coplan & Aronoff
200 Public Square, #2300, Cleveland, OH 44114

Mr. Thomas B. Daman
578 Jefferson St
Rochester, PA 15074-1762

U.S. POSTAGE PAID
FCM LETTER
ROCHESTER, PA 15074
FEB 07, 2024
$5.08
R2305M144368-58

19106
RDC 99
Retail

7021 2720 0001 2968 3521

Office of The Clerk
United States court of Appeals 3rd. CIR
21400 U.S. courthouse
601 market street
Philadelphia, Pa 19106

RECEIVED
FEB 12 2024
U.S.C.A. 3rd. CIR

19106817950 0013

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**