# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

| | |
|---|---|
| THOMAS DAMAN, | ) |
|     Appellant, | ) **CASE NO. 23-2896** |
| v. | ) ORIGINATING CASE: |
| | ) CASE NO. 2:22-CV-1020 |
| FIRSTENERGY CORP., | ) UNITED STATES DISTRICT COURT |
| FIRSTENERGY NUCLEAR | ) WESTERN DISTRICT OF PENNSYLVANIA |
| OPERATING COMPANY (formally a | ) PITTSBURGH DIVISION |
| Subsidiary of FirstEnergy Corp.), | ) |
| ENERGY HARBOR NUCLEAR CORP. | ) **APPELLEES' MOTION FOR** |
| (formally known as FirstEnergy | ) **EXTENSION OF TIME TO RESPOND TO** |
| Operating Company), | ) **APPELLANT'S "INFORMAL BRIEF"** |
|     Appellees. | ) |

    NOW COME the Appellees', First Energy Corp. ("FEC"), First Energy Nuclear Operating Company ("FENOC"), and Energy Harbor Nuclear Corp. ("EHNC") (collectively referred to as "Appellees"), by counsel, and hereby moves this Court for an Order in granting their Motion for Extension of Time to Respond to Appellant's Informal Brief filed on March 18, 2024. Appellees Response is currently due on April 18, 2024. Appellees request a brief, eight (8) day extension of time up to and to include **Friday, April 26, 2024,** file its brief in response to Appellant's brief. This is Appellees' first request for an Extension of Time in this matter. This Motion is made in good faith and not for the purpose of delay.

    WHEREFORE, Appellees request that they be granted an (8) day extension of time up to and to include **Friday, April 26, 2024, to** file their brief in response to Appellant's brief.

Respectfully Submitted,

/s/ *W. Eric Baisden*
W. Eric Baisden
Benesch, Friedlander, Coplan & Aronoff
200 Public Square, #2300
Cleveland, OH 44114
T: 216-363-4676
F: 216-363-4588
E: ebaisden@beneschlaw.com

and

Joseph R. Blalock (*pro hac vice forthcoming*)
Benesch, Friedlander, Coplan & Aronoff
41 South High Street, #2600
Columbus, OH 43215
T: 614-223-9359
F: 614-223-9330
E: jblalock@beneschlaw.com

*Attorneys for Appellees FirstEnergy Corp., FirstEnergy Nuclear Operating Company, and Energy Harbor Nuclear Corp.*

# CERTIFICATE OF SERVICE

I, W. Eric Baisden, hereby certify the foregoing was filed via the CM/ECF Court System on April 16, 2024, and separately served on Plaintiff Thomas Daman at 578 Jefferson Street, Rochester, PA 15074 via FedEx and U.S. Regular.

/s/ *W. Eric Baisden*
W. Eric Baisden
*One of the Attorneys for Appellees FirstEnergy Corp., FirstEnergy Nuclear Operating Company, and Energy Harbor Nuclear Corp.*

24294652 v1